IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TOMMY THOMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-25-837-SLP |
| DEPARTMENT OF CORRECTIONS, | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

Before the Court are the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell [Doc. No. 6] and Petitioner's Motion to Withdraw Habeas Corpus [Doc. No. 7]. The Magistrate Judge recommended dismissal of this action without prejudice for failure to follow the Court's rules and orders. *See* [Doc. No. 6]. Instead of filing an objection, Petitioner filed his motion asking to "withdraw [his] habeas corpus so that [he] can first exhaust state remedies." *See* [Doc. No. 7] at 1.

The Court construes Petitioner's Motion to Withdraw as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). *See Clark v. Tansy*, 13 F.3d 1407, 1411 (10th Cir. 1993) (applying Rule 41 to habeas actions). Where, as here, a notice of voluntary dismissal is filed before the opposing party serves either an answer or a motion for summary judgment, Rule 41(a)(1)(A)(i) confers upon a plaintiff the "absolute right to dismiss without prejudice and no action is required on the part of the court." *Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir.2003). "Once the notice of dismissal has been filed, the district court loses jurisdiction over the dismissed claims and may not address the merits

of such claims or issue further orders pertaining to them." *Id.* (internal quotation marks and citation omitted).

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice to refiling.

IT IS FURTHER ORDERED that the Court declines to adopt the Report and Recommendation [Doc. No. 6] as moot.

IT IS SO ORDERED this 11th day of September, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE